McGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CHARLES DUFF, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>ELEANOR J. GOOD,<br><br>Respondent. | 2:08-mc-00086-JAM-DAD<br><br>**MAGISTRATE JUDGE'S ORDER AND FINDINGS AND RECOMMENDATIONS RE: I.R.S. SUMMONS ENFORCEMENT**<br><br>Taxpayers: ELEANOR J. GOOD and LCL ADMINISTRATORS, INC. |

This matter came before the court on September 26, 2008, pursuant to the Order to Show Cause filed July 25, 2008, which, with the verified petition and exhibits, was personally served on respondent on August 7, 2008, according to Fed. R. Civ. P. 4(e). Caroline A. Newman appeared for petitioners, and petitioning Revenue Officer Charles Duff was present.  Respondent did not file an opposition, but appeared at the hearing.

The Verified Petition to Enforce Internal Revenue Service Summons initiating this proceeding seeks to enforce administrative summonses (Exhibit A to the petition) in aid of three investigations by Revenue Officer Duff.  The first is an investigation of Eleanor J. Good to determine financial information for the collection of assessed income tax for the years ending December 31, 2000, and December 31, 2002,

and for civil penalties for tax periods ending December 31, 2005, and March 31, 2006; the second is an investigation of Eleanor J. Good to determine the existence and amounts of income tax liabilities for U.S. individual income tax for the years ending December 31, 2001, December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2006; and the third an investigation of LCL Administrators, Inc. to determine financial information for the collection of assessed Employer's Federal Quarterly Tax for the periods ending December 31, 2005, March 31, 2006, December 31, 2006, March 31, 2007, June 30, 2007, September 30, 2007, and December 31, 2007.  The summonses included a civil penalty for the tax year ending December 31, 2004, and Employer's Federal Quarterly Tax period ending December 31, 2004, which balances have since been satisfied in full.  Subject matter jurisdiction is invoked under 28 U.S.C. §§ 1340 and 1345, and is found to be proper.  Authorization for the action is under I.R.C. §§ 7402(b) and 7604(a) (26 U.S.C.).  The Order to Show Cause shifted to respondent the burden of rebutting any of the four requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).

I have reviewed the petition and documents in support.  Based on the uncontroverted verification of Revenue Officer Duff and the entire record, I make the following findings:

(1) The summonses issued by Revenue Officer Charles Duff to respondent Eleanor J. Good on February 25, 2008, seeking testimony and production of documents and records in respondent's possession, was issued in good faith and for a legitimate purpose under I.R.C. § 7602, that is, to determine financial information for the collection of assessed income tax for the years ending December 31, 2000, and December 31, 2002, and for civil penalties for tax periods ending December 31, 2005, and March 31, 2006; to determine the existence and amounts of income tax liabilities for U.S. individual income tax for the years ending December 31, 2001, December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2006; and to determine financial information for the collection of assessed Employer's Federal Quarterly Tax for the periods ending

Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement             Page 2

December 31, 2005, March 31, 2006, December 31, 2006, March 31, 2007, June 30, 2007, September 30, 2007, and December 31, 2007.

(2) The information sought is relevant to that purpose.

(3) The information sought is not already in the possession of the Internal Revenue Service.

(4) The administrative steps required by the Internal Revenue Code have been followed.

(5) There is no evidence of referral of this case by the Internal Revenue Service to the Department of Justice for criminal prosecution.

(6) The verified petition and its exhibits made a prima facie showing of satisfaction of the requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).

(7) The burden shifted to respondent, Eleanor J. Good, to rebut that prima facie showing.

(8) Respondent presented no argument or evidence to rebut the prima facie showing.

IT IS HEREBY RECOMMENDED that the IRS summonses issued to respondent, Eleanor J. Good, be enforced and that respondent be ordered to appear at the I.R.S. offices at 4330 Watt Avenue, Sacramento, California, 95821, before Revenue Officer Charles Duff or his designated representative, on Friday, October 24, 2008, at 9:00 a.m., then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72-304 of the Local Rules of the United States District Court for the Eastern District of California.  Within ten (10) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be titled "Objections to Magistrate Judge's

1  Findings and Recommendations." Any reply to the objections shall be served and filed
2  within ten (10) days after service of the objections. The District Judge will then review
3  these findings and recommendations pursuant to 28 U.S.C. § 636(b)(1). The parties are
4  advised that failure to file objections within the specified time may waive the right to
5  appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
6          IT IS HEREBY ORDERED that the Clerk shall serve this order and
7  findings and recommendations and all future orders upon respondent Ms. Eleanor J.
8  Good, 4539 Glover Way, Carmichael, CA 95608.
9  DATED: September 29, 2008.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/good0086.f&r